# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEBORAH M. FINLEY,**
Appellant,

v.

**MARK R. LANG,**
Appellee.

No. 4D2024-2222

[April 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Annette Caracuzzo, Judge; L.T. Case No. 502021DR003302XXXXNB.

Troy Klein of Law Office of Troy W. Klein, P.A., West Palm Beach, for appellant.

Ralph Thomas White of Law Office of R.T. White, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***